

9:D
5/12/06

FILED
MAY 1 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 15 May, 2006 03:43:37 PM
Clerk, U.S. District Court, ILCD

AO 243 (Rev. 5/85)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

06-1124

United States District Court     District Central District of Illinois

Name of Movant: Braunwin Christiana Barnes

Prisoner No.: 25597-018

Case No.: 1:04CR-10027-001

UNITED STATES OF AMERICA    V.    Braunwin Christiana Barnes

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgement of conviction under attack: United States District Court, Peoria, Illinios

2. Date of judgement of conviction: May 12, 2005

3. Length of sentence: 87 months

4. Name of offense involved (all counts): Armed Bank Robbery

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contender ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give detail:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __U.S. District Court for the Central District of Illinois__

   (b) Result __Suspended__

   (c) Date of result __March 29, 2006__

10. Other than a direct appeal from the judgement of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgement in any federal court?

    Yes ☐    No ☑

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of Court __N/A__

        (2) Nature of proceeding __N/A__

        (3) Grounds raised __N/A__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐    No ☐

        (5) Result __N/A__

        (6) Date of result __N/A__

    (b) As to any second petition, application or motion, give the same information:

        (1) Name of Court __N/A__

        (2) Nature of proceeding __N/A__

        (3) Grounds raised __N/A__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐    No ☐

        (5) Result __N/A__

        (6) Date of result __N/A__

2255 — Page 2

AO 243 (Rev. 5/85)

    (c)    Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

        (1) First petition, etc.    Yes ☐    No ☑

        (2) Second petition, etc.    Yes ☐    No ☑

    (d)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

**Have not filed any previous petition, application or motion**

12.  State concisely every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a)    Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily or with understating of the nature of the charge and the consequence of the plea.

AO 243 (Rev. 5/85)

   (b)    Conviction obtained by use of coerced confession.

   (c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

   (d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

   (e)    Conviction obtained by a violation of the privilege against self-incrimination.

   (f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

   (g)    Conviction obtained by a violation of the protection against double jeopardy.

   (h)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

   (i)    Denial of effective assistance of counsel.

   (j)    Denial of right of appeal.

A.   Ground one: **Violation of the Sixth Amendment to the United States Constitution - Right to Effective Counsel**

Supporting FACT (state briefly without citing cases or law) **Failure to disclose material or misrepresentation of the material facts. Failure to investigate and and interview witness for the defense, failure to object to improper argument regarding evidence, failure to conduct pretrial discovery, failure to supress illegally obtained evidence. Counsel was negligent and efforts did not possess any bearing upon this trial, therefore it was a miscarry of justice. During duration of trial request written that he be removed - request was granted.**

B.   Ground two: **N/A**

Supporting FACT (state briefly without citing cases or law) **N/A**

C.   Ground three: **N/A**

Supporting FACT (state briefly without citing cases or law) **N/A**

AO 243 (Rev. 5/85)

    D.    Ground four: __N/A__

        Supporting FACT (state briefly without citing cases or law) __N/A__

13. If ANY of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: __N/A__

14. Do you have any petition or appeal now pending in any court as to the judgement under attack:

    Yes ☐    No ☒

15. Give the names and addresses, if known, of each attorney who represented you in the following stages of the judgement attacked herein.

    (a) At preliminary hearing: __John Longeron   Peoria, Illinois__

    (b) At arraignment and plea: __same as above__

    (c) At trial: __same as above__

    (d) At sentencing: __Charles J. Thorbjornsen   324 Main Street Room 111   Peoria, Illinois   61602__

    (e) On appeal: __Mark D. Stuaan   11 S. Meridian Street   Indianapolis, Indiana   46204__

    (f) In any post-conviction proceeding: __N/A__

AO 243 (Rev. 5/85)

    (g)    On appeal from any adverse ruling in a post-conviction proceeding: _____
        N/A

16.    Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

    Yes ☐    No ☒

17.    Do you have any future sentence to serve after you complete the sentence imposed by the judgement under attack?

    Yes ☐    No ☒

    (a)    If so, give name and location of court which imposed sentence to be served in the future: _____
        N/A

    (b)    Give date and length of the above sentence: _____
        N/A

    (c)    Have you filed, or do you contemplate filing, any petition attacking the judgement which imposed the sentence to be served in the future?

    Yes ☐    No ☒

Wherefore, movant prays that the Court grant him/her all relief to which he/she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

5-8-06
Date

_Branquin C. Barnes_
Signature of Movant