E-FILED
Thursday, 25 May, 2006   10:41:45 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 2 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

BRAUNWIN C. BARNES,
        PETITIONER

v.   CASE NO.:  1:04CR-10027-001

UNITED STATES OF AMERICA,
        RESPONDENT

---

### MOTION TO PROCEED IN FORMA PAUPERIS

---

**COMES NOW,** Petitioner, Braunwin C. Barnes, pro se and respectfully requests this Honorable Court to proceed in forma pauperis pursuant to 28 USC §1915. Petitioner filed a motion under 28 USC §2255, which was mailed on May 9, 2006. She requests permission to have the attached application and affidavit of her account included with that motion. Petitioner declares that she is unable to pay the necessary costs of the proceeding, including filing fees and is unable to retain her own counsel.

**WHEREAS,** Petitioner prays that this Honorable Court will grant this request.

Respectfully Submitted,

*Braunwin C. Barnes*

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

<u>Central</u>                    District of <u>Illinois</u>

Plaintiff

V.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: <u>1:04CR-10027-001</u>

Defendant

I, <u>Braunwin C. Barnes</u> declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration <u>Danbury Connt.</u>

    Are you employed at the institution? <u>yes</u>    Do you receive any payment from the institution? <u>yes</u>

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends             ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d. Disability or workers compensation payments      ☐ Yes    ☒ No
    e. Gifts or inheritances                            ☐ Yes    ☒ No
    f. Any other sources                                ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?    ☐ Yes    ■ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ■ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

5-22-06            Brauniin C. Barnes
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# All Transactions



| | |  | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 25597018 | **Current Institution:** | Danbury FCI | |
| **Inmate Name:** | BARNES, BRAUNWIN | **Housing Unit:** | E | |
| **Report Date:** | 05/18/2006 | **Living Quarters:** | J02-012U | |
| **Report Time:** | 7:35:21 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/16/2006 7:13:03 PM | AMService | Phone Withdrawal | ($5.00) | ITS0516 | | $16.14 |
| 5/16/2006 5:28:57 AM | AMSERVICE | Lockbox - CD | $20.00 | 70157801 | | $21.14 |
| 5/15/2006 7:23:44 PM | DAN9840 | Sales | ($8.10) | 74 | | $1.14 |
| 5/10/2006 10:04:10 AM | DAN8439 | Payroll - IPP | $7.02 | FIPP0406 | | $9.24 |
| 5/8/2006 7:04:32 PM | DAN9791 | Sales | ($12.60) | 95 | | $2.22 |
| 5/7/2006 11:30:39 AM | AMService | Phone Withdrawal | ($3.00) | ITS0507 | | $14.82 |
| 5/6/2006 8:06:39 PM | AMService | Phone Withdrawal | ($5.00) | ITS0506 | | $17.82 |
| 5/5/2006 9:44:23 AM | DAN8439 | Payroll - UNICOR | $21.80 | JV0074 | | $22.82 |
| 5/1/2006 6:21:21 PM | DAN9791 | Sales | ($5.65) | 42 | | $1.02 |
| 4/24/2006 6:41:21 PM | DAN0249 | Sales | ($13.90) | 86 | | $6.67 |
| 4/23/2006 5:17:14 AM | AMSERVICE | Lockbox - CD | $20.00 | 70156202 | | $20.57 |
| 4/17/2006 6:44:46 PM | DAN9791 | Sales | ($7.70) | 119 | | $0.57 |
| 4/13/2006 1:24:39 PM | DAN9791 | Sales | ($3.45) | 50 | | $8.27 |
| 4/10/2006 1:18:29 PM | DAN9791 | Sales | ($12.65) | 23 | | $11.72 |
| 4/10/2006 9:10:18 AM | DAN6131 | Payroll - IPP | $6.60 | FIPP0306 | | $24.37 |
| 4/10/2006 9:09:53 AM | DAN6131 | Payroll - IPP | $16.10 | FIPP0306 | | $17.77 |
| 3/13/2006 7:04:21 PM | DAN0249 | Sales | ($17.90) | 135 | | $1.67 |
| 3/10/2006 10:37:51 AM | DAN8439 | FRP Quarterly Pymt | ($25.00) | 002050 | | $19.57 |
| 3/10/2006 10:17:12 AM | DAN8439 | Payroll - IPP | $13.20 | FIPP0206 | | $44.57 |
| 3/7/2006 5:25:01 AM | AMSERVICE | Lockbox - CD | $30.00 | 70152801 | | $31.37 |
| 3/6/2006 5:18:14 PM | DAN0249 | Sales | ($8.91) | 46 | | $1.37 |
| 2/28/2006 5:26:19 AM | AMSERVICE | Lockbox - CD | $10.00 | 70152301 | | $10.28 |
| 2/21/2006 1:14:50 PM | DAN9791 | Sales | ($1.60) | 22 | | $0.28 |
| 2/13/2006 1:02:49 PM | DAN9791 | Sales | ($12.55) | 13 | | $1.88 |
| 2/13/2006 9:59:17 AM | DAN8439 | Payroll - IPP | $13.86 | FIPP0106 | | $14.43 |
| 1/23/2006 12:41:47 PM | DAN0249 | Sales | ($24.25) | 8 | | $0.57 |
| 1/20/2006 5:16:01 AM | AMSERVICE | Lockbox - CD | $20.00 | 70149701 | | $24.82 |
| 1/17/2006 1:18:08 PM | DAN0249 | Sales | ($16.05) | 29 | | $4.82 |
| 1/10/2006 10:23:28 AM | DAN8439 | Payroll - IPP | $15.18 | FIPP1205 | | $20.87 |
| 1/9/2006 12:43:36 PM | DAN9791 | Sales | ($3.45) | 13 | | $5.69 |
| 1/4/2006 1:32:07 PM | DAN9791 | Sales | ($2.80) | 23 | | $9.14 |
| 12/31/2005 5:30:41 AM | AMSERVICE | Lockbox - CD | $10.00 | 70148501 | | $11.94 |
| 12/19/2005 5:53:46 PM | DAN9791 | Sales | ($25.28) | 62 | | $1.94 |
| 12/16/2005 5:34:24 AM | AMSERVICE | Lockbox - CD | $15.00 | 70147501 | | $27.22 |
| 12/16/2005 5:34:20 AM | AMSERVICE | Lockbox - CD | $10.00 | 70147501 | | $12.22 |
| 12/12/2005 1:11:47 PM | DAN9791 | Sales | ($13.55) | 16 | | $2.22 |
| 12/9/2005 12:38:22 PM | DAN8439 | FRP Quarterly Pymt | ($25.00) | 002018 | | $15.77 |
| 12/9/2005 12:25:48 PM | DAN8439 | Payroll - IPP | $13.86 | FIPP1105 | | $40.77 |
| 12/6/2005 5:42:01 AM | AMSERVICE | Lockbox - CD | $15.00 | 70146701 | | $26.91 |
| 11/23/2005 1:27:00 PM | DAN9791 | Sales | ($13.82) | 30 | | $11.91 |
| 11/19/2005 5:28:40 AM | AMSERVICE | Lockbox - CD | $20.00 | 70145701 | | $25.73 |
| 11/14/2005 2:01:38 PM | DAN9791 | Sales | ($19.95) | 34 | | $5.73 |
| 11/10/2005 9:23:00 AM | DAN8439 | Payroll - IPP | $13.20 | FIPP1005 | | $25.68 |
| 11/7/2005 5:25:34 AM | AMSERVICE | Lockbox - CD | $12.00 | 70144803 | | $12.48 |
| 10/24/2005 1:43:32 PM | DAN0249 | Sales | ($3.60) | 28 | | $0.48 |
| 10/11/2005 1:10:00 PM | DAN9791 | Sales | ($20.85) | 21 | | $4.08 |
| 10/7/2005 11:05:10 AM | DAN8439 | Payroll - IPP | $7.92 | JV0127 | | $24.93 |
| 10/7/2005 5:28:13 AM | AMSERVICE | Lockbox - CD | $10.00 | 70142801 | | $17.01 |
| 9/24/2005 5:27:07 AM | AMSERVICE | Lockbox - CD | $5.00 | 70141901 | | $7.01 |
| 9/19/2005 2:54:03 PM | DAN6877 | Sales | ($8.10) | 41 | | $2.01 |

1 2