E-FILED
Wednesday, 19 July, 2006 01:05:03 PM
Clerk, U.S. District Court, ILCD

**FILED**

JUL 1 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

06-1124

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bradley Murphy
US Atty
Suite 400
211 Fulton St
Peoria, IL 61602

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Jordan Draminski
B. Date of Delivery: 7-18-06
C. Signature: X [signature]
☒ Agent
☐ Addressee
D. Is delivery address different from Item 1? ☐ Yes    If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bradley Murphy
US Atty
Suite 400
211 Fulton St.
Peoria, IL 61602

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Jordan Draminski
B. Date of Delivery: 7-19-06
C. Signature: X [signature]
☒ Agent
☐ Addressee
D. Is delivery address different from Item 1? ☐ Yes    If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789