IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| BRAUNWIN C. BARNES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 06-1124 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**GOVERNMENT'S RESPONSE TO §2255 MOTION TO VACATE,
SET ASIDE OR CORRECT SENTENCE**

Now comes the Respondent, the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and for its response to the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence brought pursuant to 28 U.S.C. §2255, states as follows:

1. On March 17, 2004, the petitioner, Braunwin C. Barnes, was indicted for the offense of Armed Bank Robbery in violation of 18 U.S.C. § 2113(a) and (d).

2. The petitioner was found guilty of that offense following a bench trial held on January 24, 2005.

3. On May 16, 2005, the petitioner was sentenced to a term of 87 months imprisonment and four years of supervised release.

4.	The petitioner took a direct appeal from her conviction, however the appeal was dismissed as frivolous pursuant to *Anders v. California*, 386 U.S. 738 (1967), by the Court of Appeals in an Order dated March 29, 2006.

5.	On June 12, 2006, the petitioner filed an Amended Motion to Vacate under 28 U.S.C. § 2255 in which she alleges several instances of ineffective assistance by her trial counsel.

6.	The government is unaware of any previous motion to vacate filed by the petitioner.

The petitioner's Motion to Vacate should be denied for the reasons contained in the government's Memorandum filed herewith.

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/:Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Ste. 400
Peoria, Illinois 61602
Telephone: 309/671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I electronically filed the foregoing Government's Response to Petitioner's § 2255 Motion with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Response has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Braunwin C. Barnes
No. 25597-018
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811

                                                s/: Margo Scamp
                                                Legal Assistant