E-FILED
Tuesday, 17 October, 2006  01:50:25 PM
Clerk, U.S. District Court, ILCD

Braunwin C. Barnes
Reg. No.  25597-018
Federal Medical Center Carswell
Post Office Box 27137
Fort Worth, Texas  76127

FILED
OCT 1 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PRO-SE

In The United States District Court

Central District of Illinois

At Peoria

FILED
OCT 1 6
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Braunwin C. Barnes                )
    Petitioner                    )
                                  )           06-1124
                                  )
v                                 )
                                  )
United States of America          )
    Respondent                    )

Ex Parte Application For Extension
Of Time To Respond to Governments
Response To Petitioners § 2255 Motion

   Before the Court Petitioner Braunwin C. Barnes in want of Counsel unskilled in law requesting a thirty (30) day extension to respond ro the Governments response to Petitioners § 2255 motion.
   Petitioner move the Court to grant an extension of time to November 16, 2006.  Petitioner make this request due to the limited time available to Petitioner at the prison law library.

1.

This Motion is based on Petitioner's recieving adequate assistant from trial attorney to provide copies of discovery to aid Petitioner in preparing Petitioner's response to the Governments response.

This motion is not for tactical delay as Petitioner is presently serving the sentence that was imposed by the Court. But needed to present the issues of truthful facts

Respectfully Submitted

*Braunwin C. Barnes*

Braunwin C. Barnes

2.

## Certificate Of Service

I declare the the Ex Parte Application For Extension Of Time To Respond To Governments Response to Petitioners § 2255 Motion was placed in the Federal Medical Center Carswells mail box along with a first class S.A.S.E. and mailed to the following on the date below

United States District Court
Central District of Illinois
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois  61602


United States Attorney
Central District of Illinois
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois  61602

10-11-06                                                *Bronwin C. Barnes*
Date                                                     Signature of Person Mailing